Jonathan D. Clemente, JDC 3535
CLEMENTE, MUELLER & TOBIA, P.A.
Post Office Box 1296
Morristown, New Jersey 07962-1296
(973) 455-8008

Of Counsel:
LEWIS AND ROCA, LLP
40 North Central Avenue
Phoenix, Arizona 85004-4429
(602) 262-0203

Attorneys for Plaintiff

| | |
|---|---|
| M.D.ON-LINE, INC., a New Jersey corporation, )<br><br>Plaintiff, )<br><br>vs. )<br><br>WebMD CORPORATION, t/a EMDEON )<br>CORPORATION, EMDEON BUSINESS )<br>SERVICES, AND EMDEON PRACTICE )<br>SERVICES, )<br><br>Defendant. ) | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. |

---

**VERIFIED COMPLAINT FOR FEDERAL TRADEMARK
INFRINGEMENT, UNFAIR COMPETITION, AND FALSE
DESIGNATION OF ORIGIN, AND FOR STATE TRADEMARK INFRINGEMENT AND
UNFAIR COMPETITION**

---

Plaintiff, M.D.On-Line, Inc. ("M.D.On-Line"), by and through its attorneys, alleges as follows:

## NATURE OF THE ACTION

1.      Since its founding in 1995, M.D.On-Line has built an enviable reputation as a premier provider of electronic solutions for healthcare offices.  It owns a federal trademark registration for the mark M.D.ON-LINE®, and, for over 10 years, has helped healthcare providers electronically submit claims to insurance companies for payment.

2.      M.D.On-Line has exclusively and consistently used the mark M.D.ON-LINE® as its company name and in connection with the brand name for its products and services.  M.D.On-

1661328.1

Line is recognized as an industry leader, and, as a result of its extensive advertising, marketing, and promotion of its products and services, the M.D.ON-LINE® mark has developed a great deal of goodwill and recognition among the medical community and insurance industry, making it a valuable asset of M.D.On-Line.

3.      Defendant is the largest electronic clearinghouse for healthcare claims in the U.S. Defendant accepts the electronic submission of claims both directly from providers and from intermediaries such as M.D.On-Line.  Defendant, under the name WebMD, has for several years attempted to compete with the M.D.ON-LINE® system by providing a system for healthcare providers to submit claims to it directly.

4.      While Defendant and M.D.On-Line are direct competitors in the market for electronic submission of medical claims to insurance companies for payment, they also have an ongoing contractual relationship (that is due to expire in June 2006), whereby Defendant acts as M.D.On-Line's exclusive clearinghouse for healthcare transactions with Defendant's participating payers.

5.      On August 5, 2005, Defendant issued a press release announcing that it would be changing its name from WebMD to "EMDEON," pronounced "M.D.ON."  On information and belief, that corporate name change will officially occur on September 29, 2005.

6.      Upon information and belief, Defendant's use of the EMDEON/"M.D.ON" name is likely to cause confusion as to the source of its products and services, and as to the existence of an affiliation of Defendant with M.D.On-Line.   That confusion harms M.D.On-Line's reputation, and harms M.D.On-Line's goodwill and relationships with its customers.

7.      M.D.On-Line is forced to bring this action to stop Defendant from confusing consumers, trading upon its fame and reputation, and harming its valuable goodwill.  This action seeks preliminary and permanent injunctive relief, monetary relief, and attorneys' fees based on

2

1661328.1

Defendant's (i) infringement of M.D.On-Line's federally registered M.D.ON-LINE® trademark in violation of § 32 of the Lanham Trademark Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. §1114; and (ii) infringement of M.D.On-Line's common law M.D.ON-LINE™ trademark and unfair competition in violation of section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) and under N.J.S.A. § 56:4-1.

## JURISDICTION AND VENUE

8.    This Court has original federal question jurisdiction and supplemental jurisdiction over this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338 & 1367(a), since this case arises under the trademark laws of the United States, 15 U.S.C. §§ 1051 *et seq.*

9.    Defendant is subject to the personal jurisdiction of this Court because, among other things, the Defendant has its principal place of business in New Jersey, a substantial part of the events giving rise to this litigation occurred in the state of New Jersey, and the defendant has transacted and is presently transacting business in the state of New Jersey.

10.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the defendant is doing business in, and can be found in, this District.

## THE PARTIES

11.    Plaintiff M.D.On-Line, Inc. ("M.D.On-Line") is a corporation organized and existing under the laws of the State of New Jersey with a principal place of business at 4 Campus Drive, Parsippany, New Jersey 07054.

12.    Defendant WebMD Corporation, trading as Emdeon Corporation, Emdeon Business Solutions, and Emdeon Practice Services ("Defendant"), is a Delaware corporation with a principal place of business at 669 River Drive, Center 2, Elmwood Park, New Jersey 07404.

1661328.1

## THE M.D.ON-LINE SUCCESS STORY

13.    M.D.On-Line was incorporated in 1995.  For over 10 years, it has helped healthcare providers electronically submit claims to insurance companies for payment.  During this time the M.D.ON-LINE® mark has become known as identifying a premier provider of electronic solutions for healthcare offices.

14.    At the time M.D.On-Line began doing business, the vast majority of all healthcare claims were being submitted on paper, requiring significant time and effort on behalf of both the healthcare providers and the insurance companies/third party payers.  Electronic submission of claims was possible for only a limited number of healthcare providers because many practice management systems were unable to deliver electronic files in the form required by third party payers or the claims clearinghouses then in existence.

15.    M.D.On-Line developed, owns and markets innovative services and products for the electronic capture and transmission of healthcare claims from healthcare providers to third party payers.  The M.D.ON-LINE® system, developed at great cost, is unique in that it can interface with virtually any computerized practice management system.  Should an office not have a practice management system, M.D.On-Line offers a web-based claim entry system.  It is this flexibility and responsiveness to provider needs that has set the M.D.ON-LINE® system apart from its competitors.

16.    M.D.On-Line's business model entails ongoing relationships with payers, virtually all of whom also have ongoing contractual relationships with Defendant in its role as the nation's largest electronic claims clearinghouse.

17.    The M.D.ON-LINE® system also provides real-time electronic verification of eligibility for insurance coverage when patients seek healthcare services from providers.  This

4

1661328.1

service is delivered by M.D.On-Line through Defendant's electronic clearinghouse in accordance with the terms of the existing contractual relationship between M.D.On-Line and the Defendant.

18.    M.D.ON-LINE® products and services are easily installed and require virtually no user training at the provider office level.

19.    The M.D.ON-LINE® system's ability to provide a universal, easy-to-install, user friendly, low-cost way to electronically transmit healthcare claims is unique in the marketplace and has earned the M.D.ON-LINE® name an excellent reputation and enormous goodwill within the medical community and insurance industry.   The distinguishing feature of M.D.On-Line's product and service offering is that it is able to bring providers live for the submission of claims transactions electronically within one day more than 90% of the time.

20.    The M.D.ON-LINE® system's success has resulted in tremendous growth for the company.  In 2004, M.D.On-Line was named an "Inc. 500 company", an honor bestowed upon the fastest growing companies in the U.S.  In the same year, M.D.On-Line was also ranked as one of the 500 fastest growing technology companies in North America (Fast500) and the 19th fastest in New Jersey (Fast50) by Deliotte & Touche.  M.D.On-Line again won the 19th position for the Fast50 (New Jersey) in 2005, and awaits the 2005 results for the Fast500 and INC500 to be announced later in the year.

### THE VALUABLE M.D.ON-LINE® TRADEMARK

21.    For over a decade the M.D.ON-LINE® mark has identified the company M.D.On-Line and all of its products and services.  The M.D.ON-LINE® mark is prominently featured on the company's website at www.mdon-line.com.   The M.D.ON-LINE® mark is also featured on co-branded websites maintained by M.D.On-Line with several national and regional insurance companies.

1661328.1

22.     To protect its valuable name and reputation, M.D.On-Line filed for and obtained a federal trademark registration for M.D.ON-LINE® for "electronic data submission services required for electronic processing of claims in the healthcare industry" (Reg. No. 2274698 issued August 31, 1999). (Attached as Exhibit A)

23.     Innovation and client responsiveness is a key component of the M.D.ON-LINE® reputation and success. Accordingly, M.D.On-Line spends an enormous portion of its annual budget developing and promoting its products and services offered under the M.D.ON-LINE® mark. M.D.On-Line's internal sales force is small, and therefore it conducts the majority of its business solicitation over the telephone.

24.     The M.D.ON-LINE® mark is promoted not only by M.D.On-Line, but also by some of the largest insurance companies and third party payers in the country, showing this mark's credibility and goodwill in the industry and with healthcare related organizations. For example, M.D.ON-LINE® services are available at web pages co-branded with companies such as HealthNet, Oxford Health Plans, Blue Cross/Blue Shield Louisiana, Blue Cross/Blue Shield Mississippi and Managed Health Network. M.D.On-Line's mark also appears prominently with a link on the websites of the American Chiropractic Association and the Professional Association of Health Care Management. As such, it is clear that the M.D.ON-LINE® mark has gained national prominence and recognition. (Exhibit B)

25.     Because its internal sales force is small, M.D.On-Line also uses contracted telemarketers to generate business leads. Using the M.D.ON-LINE® name, the telemarketers call healthcare providers and inquire into their electronic claims submission experiences and needs. They then seek to solicit a telephone order for M.D.ON-LINE® products or services.

26.     A significant portion of M.D.On-Line's business comes from word-of-mouth referrals from healthcare providers or other entities that serve this industry. Healthcare providers

1661328.1

and their staff often trade experiences and opinions regarding vendors, such as M.D.On-Line and Defendant.  Such communications are often informal and oral.  Other entities that serve the healthcare industry include those that sell computer equipment and systems such as practice management software.  Many of these companies, when asked by healthcare providers for recommendations for a claims submission service, will answer "M.D.ON-LINE" as a result of Plaintiff's reputation in the industry and good relationships with these companies.

## DEFENDANT'S UNSUCCESSFUL ATTEMPTS TO FAIRLY COMPETE WITH M.D.ON-LINE

27.    Defendant is a large publicly traded corporation that has developed and acquired a significant presence in the same market space where M.D.On-Line operates.

28.    Specifically, Defendant is the largest single electronic clearinghouse for healthcare claims in the U.S.  In its role as an electronic claims clearinghouse, Defendant accepts the electronic submission of claims both directly from providers and from intermediaries such as M.D.On-Line.

29.    Defendant is known in the industry for growth through acquisition.  It has acquired many other companies in the healthcare transaction services industry over the past eight years.  The acquired companies were often competitors of Defendant.  These acquisitions have resulted in frequent name changes within the Defendant's corporate group as it often continues to use the acquired company's name for some time after the acquisition is finalized.

30.    For many years, M.D.On-Line has had an ongoing contractual relationship with Defendant, whereby M.D.On-Line aggregates claims from providers and billing companies and transmits them through Defendant's clearinghouse to third party payers.  Under this arrangement, M.D.On-Line is compensated for claims by Defendant in the form of a rebate based on claims volume.

31.     Defendant has for several years attempted to compete with the M.D.ON-LINE® system by providing its own systems for healthcare providers to submit claims to it directly ("EnLine Companion" and "Desktop Capture" were two such products).   These systems have never proven themselves effective competition at converting customers to a live status (capability to transmit their claims electronically) in as timely a manner as M.D.On-Line's technology. The difficulty encountered by Defendant's inability to develop a product as efficient as M.D.On-Line's product has frustrated healthcare providers and payers, and has tarnished Defendant's name in this niche of the industry.

32.     M.D.On-Line has created a standard where conversion of a customer to live status takes place within minutes, as compared to its understanding of weeks to months for Defendant's competing products. (See Exhibit C)   Additionally, as recently as early 2004, Defendant ran a pilot program with M.D.On-Line in the state of Illinois in which Defendant provided sales leads to M.D.On-Line for the express purpose of demonstrating the conversion speed capabilities of the M.D.On-Line system.  (Exhibit D)

33.     The relevant consumer/client for the competitive products and services offered by M.D.On-Line and Defendant is comprised of healthcare providers wishing to submit claims electronically and third party payers/insurance companies wishing to receive claims electronically from providers.

### DEFENDANT'S ATTEMPT TO FREE-RIDE ON THE M.D.ON-LINE® REPUTATION

34.     Because of the success enjoyed by M.D.On-Line, Defendant has, on several occasions, approached M.D.On-Line about the possibility of acquiring the company or its business and/or partnering for product offerings.  Although these talks have never progressed far, it is clear that Defendant is extremely familiar with M.D.On-Line, the value of its services and goodwill, and its excellent reputation in the industry.

1661328.1

35.     On August 5, 2005 Defendant publicly announced that it would be changing its name to "Emdeon," pronounced "M.D.ON."  The legal entity will officially change from WebMD Corp. to Emdeon Corporation on September 29, 2005.

36.     Defendant scheduled a telephone call with M.D.On-Line personnel for the afternoon of Friday, August 5, 2005.  In that call, Defendant's employee Ms. Richelle Hill explained the new EMDEON/"M.D.ON" name by first describing its spelling and origination, allegedly a combination of prior corporate names.   M.D.On-Line personnel on the call immediately objected to the EMDEON/"M.D.ON" name, expressing their concern about the name's phonetic similarity to the M.D.ON-LINE® trademark and trade name. (Exhibit E).  Ms. Hill promised to bring these concerns to the attention of Defendant's upper management that day. (*Id.*)

37.     Not having received a substantive response to its concerns by Tuesday, August 9th, M.D.On-Line's counsel sent a formal cease and desist letter to Defendant requesting a substantive response to its concerns by Friday August 12th.  This letter was delivered on Wednesday August 10, 2005.  After the close of business August 12, 2005 Defendant's counsel indicated in a letter that it would take no remedial action.

38.     Defendant's CEO again confirmed on August 17, 2005 in a telephone  meeting with M.D.On-Line's CEO that Defendant would not abandon its scheme to use the EMDEON/"M.D.ON" name.

39.     Defendant's use of the EMDEON/"M.D.ON" name in commerce began long after the M.D.ONLINE® mark was registered and became famous.

40.     Upon information and belief, Defendant had actual knowledge of M.D.On-Line's prior use of and rights in the M.D.ONLINE® mark, and despite M.D.On-Line's demands that

9

1661328.1

Defendant cease using the EMDEON/"M.D.ON" name, Defendant continues to use this name, which is likely to cause confusion in the relevant market.

41.     Upon information and belief, Defendant's adoption of the EMDEON/"M.D.ON" name was either done knowingly or with reckless disregard for the confusion it is creating and will continue to create in the marketplace.

## DAMAGE CAUSED BY DEFENDANT'S INFRINGEMENT

42.     Since the announcement by Defendant of its new corporate identity, M.D.On-Line has received calls from several third party payers that expressed concern with the confusion they believe is created by Defendant's rebranding to EMDEON/"M.D.ON." In addition, leading consultants in the field of electronic healthcare transactions have expressed a similar concern to M.D.On-Line.

43.     Defendant adopted and used the EMDEON/"M.D.ON" business name without the consent of M.D.On-Line and with the bad faith intent to cause confusion and mistake, and to deceive customers as to the source of origin of EMDEON's services, profit from the M.D.ON-LINE® mark, misleadingly divert consumers seeking M.D.On-Line's services to EMDEON/"M.D.ON", trade upon the goodwill and substantial customer recognition associated with the M.D.ON-LINE® mark, and has acted otherwise with reckless disregard for M.D.Online's rights in and to the M.D.ON-LINE® mark.

44.     By its use of the EMDEON/"M.D.ON" name in interstate commerce without the consent of M.D.On-Line, Defendant has caused a likelihood of confusion and has infringed the M.D.ON-LINE® mark and Registration, and has falsely designated its goods and services as originating with M.D.On-Line, diluted the distinctiveness and value of M.D.On-Line's exclusive rights in the famous M.D.ON-LINE® mark, created a likelihood of severe injury to M.D.On-Line's business reputation, caused a likelihood of customer confusion as to the source of origin

1661328.1

of the business conducted by Defendant, falsely suggested an affiliation with M.D.On-Line where none exists, engaged in practices materially misleading to the public, and engaged in an unfair method of competition.

45.    By reason of its acts, Defendant has wrongfully earned profits and capitalized on the goodwill and reputation of M.D.On-Line, and M.D.On-Line has suffered damage and irreparable injury.  Defendant's acts will result in further damage and irreparable injury if this Court does not restrain Defendant from further violation of M.D.On-Line's rights.  M.D.On-Line has no adequate remedy at law.

## FIRST CLAIM FOR RELIEF

### (Federal Statutory Trademark Infringement)

46.    M.D.On-Line realleges and incorporates by reference the above paragraphs 1-45 as if fully set forth herein.

47.    Defendant had actual notice or knowledge, or constructive notice, of M.D.On-Line's ownership and registration of the M.D.ON-LINE® mark, pursuant to 15 U.S.C. § 1072, prior to Defendant's adoption and use of the EMDEON/"M.D.ON" mark, trade name, and domain name in connection with advertising, marketing, distribution, or sale of Defendant's goods and services.

48.    On information and belief, Defendant intentionally, deliberately, and willfully used and is using the EMDEON/"M.D.ON" name and mark in connection with advertising, marketing, distribution, and sale of Defendant's goods and services in an attempt to trade on the goodwill, reputation, and selling power established by M.D.On-Line under the M.D.ON-LINE® mark.

49.    On information and belief, the goods and services advertised, marketed, distributed, or sold by Defendant under the EMDEON/"M.D.ON" mark, trade name, and

11

1661328.1

domain name are moving and will continue to move through the same channels of trade as M.D.On-Line's, and are being advertised and marketed and will continue to be advertised and marketed through the same channels of advertising and marketing as M.D.On-Line's, including over the telephone, and to the same consumers as M.D.On-Line's goods and services that are advertised, marketed, distributed, and sold under the M.D.ON-LINE® mark.  In fact, several major insurance companies periodically provide both M.D.On-Line and the Defendant with lists of providers to contact for purposes of converting them to an electronic system for the submission of claims.  Thus, it is clear that, on an ongoing basis, both M.D.On-Line and the Defendant will be marketing directly to the same group of providers, offering directly competing products and services.

50.     M.D.On-Line has not consented to Defendant's use of the EMDEON/"M.D.ON" mark, trade name, or domain name.

51.     Defendant's unauthorized use of the EMDEON/"M.D.ON" mark, trade name, and domain name falsely indicates to consumers that Defendant's goods and services are in some manner affiliated or connected with, sponsored by, or related to M.D.On-Line, and the products and services of M.D.On-Line.

52.     Defendant's unauthorized use of the EMDEON/"M.D.ON" mark, trade name, and domain name causes consumers to be confused as to the source, nature, and quality of the goods and services advertised, marketed, distributed, and sold by Defendant under the EMDEON/"M.D.ON" name and mark.

53.     Defendant's unauthorized use of the EMDEON/"M.D.ON" mark, trade name and domain name in connection with the advertising, marketing, distribution, or sale of its goods and services allows, and will continue to allow, Defendant to receive the benefit of the goodwill established at great labor and expense by M.D.On-Line and to gain acceptance of Defendant's

1661328.1

services, not based on the merits of those goods and services, but on M.D.On-Line's reputation and goodwill.

54.     Defendant's unauthorized use of the EMDEON/"M.D.ON" mark, trade name and domain name in connection with the advertising, marketing, distribution, or sale of its goods and services deprives M.D.On-Line of the ability to control the consumer perception of the quality of the goods and services marketed under the M.D.ON-LINE® mark, and places M.D.On-Line's valuable reputation and goodwill in the hands of Defendant, over whom M.D.On-Line has no control.

55.     The aforementioned acts of Defendant constitute federal trademark infringement in violation of in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

56.     The intentional nature of the aforementioned acts of Defendant makes this an exceptional case pursuant to 15 U.S.C. § 1117(a).

57.     M.D.On-Line has been, is now, and will be irreparably injured and damaged by Defendant's trademark infringement insofar as the public has been and/or is deceived into believing that the services marketed by Defendant are connected with, sponsored by, affiliated with, or related to M.D.On-Line.

58.     Defendant's conduct has damaged M.D.On-Line and will, unless enjoined by the Court, further impair the value of M.D.On-Line's name, reputation, and goodwill. This harm constitutes an injury for which M.D.On-Line has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

### (Federal Unfair Competition and False Designation of Origin)

59.     M.D.On-Line realleges and incorporates the preceding paragraphs 1-58 as if fully set forth herein.

1661328.1

60.     Defendant's actions, including but not limited to their unauthorized use in commerce of the name EMDEON/"M.D.ON", constitutes a false designation of origin, false and misleading descriptions of fact, and false and misleading representations of fact, which have caused, and are likely to cause, confusion, mistake and deception, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

61.     Defendant's actions described above, including their unauthorized, false and misleading use in commerce of M.D.On-Line's famous and distinctive M.D.ON-LINE® mark, have caused, and unless restrained, will continue to cause, great and irreparable injury to M.D.On-Line and to goodwill represented by the famous and distinctive mark M.D.ON-LINE® in an amount that cannot presently be ascertained, leaving M.D.On-Line with no adequate remedy at law.

62.     The intentional and willful nature of Defendant's aforementioned acts makes this an exceptional case pursuant to 15 U.S.C. § 1117(a), warranting an award of up to treble damages and M.D.On-Line's reasonable attorneys' fees in this case.

## THIRD CLAIM FOR RELIEF

### (Trademark Infringement Under New Jersey Law)

63.     M.D.On-Line realleges and incorporates the preceding paragraphs 1-62 as if fully set forth herein.

64.     Defendant's unauthorized use of the EMDEON/"M.D.ON" mark, trade name, and domain name has caused and is likely to continue to cause confusion or mistake, or to deceive customers, consumers, the general public, and the retail trade as to affiliation, connection, or association between M.D.On-Line and EMDEON/"M.D.ON", and as to the origin, sponsorship, or other association of the goods and services offered by Defendant.

14

65.     The nature of the goods and services offered by Defendant falls within the scope of the goods and services provided by M.D.On-Line, and serves to further any and all unwarranted affiliation, connection, or association between M.D.On-Line and EMDEON/"M.D.ON".

66.     By reason of the foregoing, Defendant has infringed and is continuing to infringe on M.D.On-Line's rights to and in its M.D.ON-LINE® mark and trade name in violation of N.J.S.A. 56:3-13.16, and the common law of the State of New Jersey, N.J.S.A. 56:3-13.13.

67.     Defendant's conduct, as set forth above, has been and continues to be intentional and willful.

68.     Defendant's aforementioned unlawful conduct has caused and will continue to cause M.D.On-Line substantial and irreparable injury, including but not limited to injury to its goodwill and reputation as a provider of high quality goods and services. M.D.On-Line has no adequate remedy at law for Defendant's acts of infringement.

69.     M.D.On-Line is entitled to injunctive relief pursuant to N.J.S.A. 56:3-13.16, enjoining and restraining Defendant from engaging in further infringing acts.


## FOURTH CLAIM FOR RELIEF

### (Unprivileged Imitation and Unfair Competition Under New Jersey Law)

70.     M.D.On-Line realleges and incorporates by reference all of the allegations set forth in paragraphs 1-69 of this Complaint, as if fully set forth herein.

71.     Defendant's unauthorized and unlawful conduct as set forth above amounts to an intentional misappropriation of M.D.On-Line's significant commercial advantage. As such, Defendant's conduct constitutes unfair competition in violation of N.J.S.A. 56:4-1 and the common law of the State of New Jersey.

1661328.1

72.     Such acts of unfair competition and unprivileged imitation have caused and, unless and until Defendant is enjoined by this Court, will continue to cause M.D.On-Line irreparable harm.   M.D.On-Line has no adequate remedy at law for such acts of unfair competition.

73.     M.D.On-Line is entitled to injunctive relief, enjoining and restraining Defendant from engaging in further unfair competition.

74.     The New Jersey statute prohibiting unprivileged imitation and unfair competition is the State equivalent of the section of the Lanham Act pertaining to false designation of origin, and violation of that section of the Lanham Act leads to a finding of liability under the New Jersey statute as a matter of law.

## PRAYER FOR RELIEF

WHEREFORE, M.D.On-Line prays for judgment in its favor and against Defendant as follows:

A. Preliminarily and permanently enjoin Defendant, its servants, officers, directors, shareholders, agents and employees, attorneys, successors, assigns, and all other persons in active concert or participation with Defendant, and its successors and assigns pursuant to 15 U.S.C. § 1116(a) or otherwise from directly or indirectly:

(1)     using in the advertisement (including signage and on the Internet), promotion, offering for sale, or sale of any marks or names (including company or corporate names) including the EMDEON/"M.D.ON" mark or any other name or mark confusingly similar to, encompassing, or likely to dilute or detract from the M.D.ON-LINE® mark;

1661328.1

(2)    expressly or impliedly representing themselves to existing or potential customers, suppliers, distributors, or the public as affiliated in any way with M.D.On-Line;

(3)    representing by words or conduct that any product or service provided, offered for sale, sold, advertised, or rendered by Defendant is supplied, authorized, sponsored, endorsed by, or otherwise connected with M.D.On-Line;

(4)    otherwise infringing the M.D.ON-LINE® mark; or

(5)    otherwise competing unfairly with M.D.On-Line in any manner or otherwise trading off M.D.On-Line's goodwill and business reputation or misappropriating M.D.On-Line's exclusive rights in its M.D.ON-LINE® mark.

B.  Order Defendant to deliver up for destruction all labels, signs, prints, insignia, letterhead, brochures, business cards, invoices and any other written or recorded material or advertisements in its possession or control containing the EMDEON/"M.D.ON" name, or any other mark confusingly similar to or encompassing the M.D.ON-LINE® mark pursuant to 15 U.S.C. § 1118 or otherwise.

C.  Ordering Defendant to file with this Court and serve on M.D.On-Line within thirty (30) days from the date of entry of any restraining order and/or injunction, a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied with the terms of the injunction in accordance with 15 U.S.C. § 1116 and otherwise.

D.  Direct Defendant to transfer the registration for the domain names www.emdeon.com, www.emdeon.net, www.emdeon.org, and www.emdeon.us to M.D.On-

1661328.1

Line and to refrain from registering any other domain names using or employing any mark confusingly similar to M.D.ON-LINE® or likely to dilute or detract from the mark M.D.ON-LINE®;

E.   Ordering Defendant to conduct advertising to correct the confusion caused by its use of the EMDEON/"M.D.ON" name.

F.   Ordering Defendant to pay M.D.On-Line:

(1)   all profits, gains and advantages obtained from Defendant's unlawful conduct, including lost profits and corrective advertising damages in an amount to be determined at trial, as provided in 15 U.S.C. § 1117, and otherwise;

(2)   all monetary damages sustained and to be sustained as a consequence of Defendant's unlawful conduct, including lost profits and corrective advertising damages, in an amount to be determined at trial pursuant to 15 U.S.C. § 1117, and otherwise;

(3)   the cost of advertising necessary to correct the confusion caused by Defendant's use of the EMDEON/"M.D.ON" name; and

(4)   M.D.On-Line's costs and disbursements of this action, including reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a) or otherwise.

G.   Finding Defendant's actions to have been willful, and therefore order that Defendant's profits or plaintiff's damages, whichever is greater, be trebled as provided under 15 U.S.C. § 1117(b) and under N.J.S.A. 56:3-13.16(d) and 56:4-2.

H.   Awarding interest on the above damages awards.

I.   Assessing court costs against Defendant.

J.   Awarding such other relief as this Court may deem just and proper.

1661328.1

1

## JURY DEMAND

2

Pursuant to Federal Rule of Civil Procedure 38(b), M.D.On-Line demands a trial by jury.

3

4

## ATTORNEY STATEMENT PURSUANT TO LOCAL RULE 201.1(d)(3)

5

6     Pursuant to Local Rule 201.1(d)(3), the undersigned, attorney of record for plaintiff

7  M.D.On-Line, Inc., a New Jersey corporation, hereby certifies and declares that the damages

8  recoverable by M.D.On-Line in this action exceed the sum of $150,000.00, exclusive of interest

9  and costs of suit, and of any claim for punitive, exemplary or treble damages.

10

11   I hereby declare using penalty of perjury that the foregoing statements are true and correct

12  pursuant to 28 U.S.C. § 1746.

13

14

15

16  Dated:  August 18, 2005.

17

18                      CLEMENTE, MUELLER & TOBIA, P.A.

19

20                      Jonathan D. Clemente, Esq.
                          P.O. Box 1296

21                      Morristown, New Jersey 07962-1296

22                      OF COUNSEL:
                       LEWIS AND ROCA LLP

23                      40 North Central Ave.
                       Phoenix, Arizona 85004-4429

24                      Attorneys for Plaintiff

25

26

27

28

19

1661328.1

1

2

# VERIFICATION

3   William Bartzak, of full age, certifies as follows:

4          I am the President of M.D.On-Line, Inc. and am its duly authorized representative
     for purposes of providing this Verification.

5

6          I have read the Verified Complaint and the facts set forth therein are true and
     accurate based upon my personal knowledge.

7          I hereby certify that the foregoing statements made by me are true.  I am aware
     that if any of the foregoing statements made by me is willfully false, I am subject to
8    punishment.

9

10

11                                                                William Bartzak

12

13   August 13, 2005

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20

1661328.1

# Exhibit A



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Acting Commissioner of Patents and Trademarks*

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,274,698

## United States Patent and Trademark Office

Registered Aug. 31, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## M.D. ON-LINE

M.D. ON-LINE, INC. (NEW JERSEY CORPORA-
TION)
P.O. BOX 482
BERNARDSVILLE, NJ 07924

    FOR: ELECTRONIC DATA TRANSMISSION
SERVICES REQUIRED FOR ELECTRONIC
PROCESSING OF CLAIMS IN THE HEALTH
CARE INDUSTRY, IN CLASS 36 (U.S. CLS. 100,
101 AND 102).

FIRST USE 1-1-1996; IN COMMERCE
1-1-1996.
    NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ON-LINE", APART FROM
THE MARK AS SHOWN.

    SN 74-713,687, FILED 8-10-1995.

DOMINIC J. FERRAIUOLO, EXAMINING AT-
TORNEY

# Maintenance Requirements

**Section 8:** This registration will be cancelled after six (6) years by the Commissioner of Patents and Trademarks, *UNLESS, before the end of the sixth year following the date of registration shown on this certificate,* the registrant files in the U.S. Patent and Trademark Office an affidavit of continued use as required by Section 8 of the Trademark Act of 1946, 15 U.S.C. §1058, as Amended. **It is recommended that the Registrant contact the Patent and Trademark Office approximately five years after the date shown on this registration to determine the requirements and fees for filing a Section 8 affidavit that are in effect at that time.** Currently a fee and a specimen showing how the mark is used in commerce are required for *each* international class of goods and/or services identified in the certificate of registration and both must be enclosed with the affidavit.

**Section 9:** This registration will expire by law after ten (10) years, *UNLESS, before the end of the tenth year following the date of registration shown on this certificate,* the registrant files in the U.S. Patent and Trademark Office an application for renewal of the registration as required by Section 9 of the Trademark Act of 1946, 15 U.S.C. §1059, as Amended. **It is recommended that the Registrant contact the Patent and Trademark Office approximately nine years after the date shown on this registration to determine the requirements and fees for filing a Section 9 application for renewal that are in effect at that time.** Currently a fee and a specimen showing how the mark is used in commerce are required for *each* international class of goods and/or services identified in the certificate of registration and both must be enclosed with the application for renewal.

# Exhibit B

Case 2:05-cv-04081-WJM-RJH   Document 1   Filed 08/18/05   Page 26 of 49 PageID: 26



Search MD

| For Payers |

# Information for Payers

**MD On-Line has a proven track record** of converting paper submitters to electronic submitters by working closely and providers. We work with both regional and national payers to create successful initiatives that result in reaching EDI

**MD On-Line works with insurance companies to create custom conversion programs.** Your providers will ł branded version of the MD On-Line site, displaying your corporate logo and exclusive promotions. This offers your provi portal through which they can submit all their claims electronically.

*"MD On-Line has been a critical component in BCBSLA achieving its electronic goals over the past several years."*

- Doug Jerome, Director EDI
Blue Cross Blue Shield of Louisiana

To view cobranded website homepage samples, click here.



**For additional information** please contact Nick Dannenbaum, Vice President of Sales, at **888-499-5465**.

Privacy Policy | Legal Information
©2004 MD On-Line. All rights reserved.

# MD On-Line's Co-Branded Home Page Samples



**MD On-Line** Home Page



**Oxford Health Plans** Co-Branded Home Page



**BCBS of Louisiana** Co-Branded Home Page



**Health Net** Co-Branded Home Page



**BCBS of Mississippi** Co-Branded Home Page



**PacifiCare** Co-Branded Home Page



*Start processing claims electronically with MD On-Line and start Saving today.*

Start processing claims electronically with MD On-Line and you will be able to submit claims to UnitedHealthcare and over 1,300 additional Payers. MD On-Line offers a suite of electronic tools and services to help you file claims to over 1,300 insurance companies nationwide. Most importantly, electronic claims mean:

- **more accurate submissions**
- **less manual follow-ups**
- **quicker payments and improved cash flow**

### Select a service that meets *your* specific needs

**If you currently use a practice management system, but do not file claims electronically:**

Our WinLink & WebLink products work in conjunction with your practice management software and can be ready to use in minutes. Submission of claims is handled via a modem line with our WinLink software, or via the Internet with our WebLink application.

**Cost:** $49.99 per month for unlimited filing of Participating claims – call today and your <u>one time setup and first 2 months are **Free**</u> (additional fees may apply for non-participating claims).

**If you don't use a practice management system, but have a computer in your office that has Internet access:**

Our LINK1500 product allows you to simply submit claims on the Internet by filling out an on-line version of the HCFA-1500 form. The process is fast and easy and the system tracks all your submissions. LINK1500 includes valid coding selections, field edits and a secure patient database.

**Cost:** $69.99 per month for unlimited filing of Participating claims – call today and your <u>one time setup and first 2 months are **Free**</u> (additional fees may apply for non-participating claims).

**If you don't have a computer in your office, or if yours is outdated:**

We have arranged a special financing offer with Dell Financial Services that will allow you to purchase or lease a Dell computer, one of the most trusted and reliable names in the business. Our LINK1500 product will then allow you to submit claims on the Internet by filling out an on-line version of the HCFA-1500 form.

## To place an order or for additional information call
# 888-499-5465
### www.mdon-line.com







# SUBMIT YOUR MEDICAL CLAIMS ELECTRONICALLY TO

## UnitedHealthcare



A UnitedHealth Group Company

## AND TO OVER 1,500 ADDITIONAL PAYERS!

MD On-Line is offering an <u>All-Payer</u> electronic claims solution for your office.
When you join this program, we will provided you with a solution to submit unlimited
electronic claims to UnitedHealthcare and over 1,500 other participating payers,
for a low monthly fee starting at just $49.99.

MD On-Line's suite of electronic tools and services can assist your office in submitting claims
electronically, regardless of your current office technology. The attached flyer has the details
of this great offer and we will have your office filing claims electronically in no time!

As a UnitedHealthcare client, you will receive this **SPECIAL OFFER**:

### $99 Software - FREE!

### Your First Two Months of Service - FREE!

#### (An incredible savings of over $198.00!)

Call MD On-Line today @ **888-499-5465** to order your Link solution
or fax the information below to **973-734-9910**

Upon receipt of your fax request, an MD On-Line representative will contact your office
to answer any question and explain all the details of this great offer.

Office Name: _____

Contact Name and Position: _____

Phone #: _____   Fax #: _____

Best time to call: _____   Internet Access:   YES   or   NO

Practice Management System: _____

*Submitting healthcare transactions electronically has never been this easy.*

Aetna and MD On-Line are working collaboratively to bring you an **All-Payer** electronic claims solution. MD On-Line offers a suite of electronic tools and services to help you file claims to over 1,500 payers nationwide. Most importantly, electronic claims mean:

- **Greater accuracy of submissions**
- **Fewer manual follow-ups**
- **Instant reports on claims transmitted**
- **Quicker reimbursement**



### Select a service that meets *your* specific needs

**If you currently use a practice management system, but do not file claims electronically:**

Our WinLink and WebLink products work in conjunction with your practice management software and can be ready to use in minutes. Submission of claims is handled via a modem line with our WinLink software, or via the Internet with our WebLink application.

**Cost:** $49.99 per month for unlimited filing of Participating claims -- call today and your first 2 months of service and one time setup fee of $99.00 are **Free** (additional fees may apply for non-participating claims).

**If you do not use a practice management system, but have a computer in your office that has Internet access:**

Our LINK1500 product allows you to simply submit claims on the Internet by filling out an on-line version of the HCFA-1500 form. The process is fast and easy and the system tracks all your submissions. LINK1500 includes valid coding selections, field edits and a secure patient database.

**Cost:** $69.99 per month for unlimited filing of Participating claims – call today and your first 2 months of service and one time setup fee of $99.00 are **Free** (additional fees may apply for non-participating claims).

**If you do not have a computer in your office, or if yours is outdated:**

We have arranged a special financing offer with Dell Financial Services that will allow you to purchase or lease a Dell computer, one of the most trusted and reliable names in the business. Our LINK1500 product will then allow you to submit claims on the Internet by filling out an on-line version of the HCFA-1500 form.

**To place an order or for additional information call**

# 888-499-5465

**or log on to www.mdon-line.com**





# SUBMIT YOUR MEDICAL CLAIMS ELECTRONICALLY TO Aetna AND TO OVER 1,500 ADDITIONAL PAYERS!

MD On-Line is offering an <u>All-Payer</u> electronic claims solution for your office.
When you join this program, you will be provided with a solution to submit unlimited Participating electronic claims to Aetna as well as 1,500 other Payers, for a low monthly fee of just $49.99.

MD On-Line's suite of electronic tools and services can assist your office in submitting claims electronically, whatever your current office technology. The attached flyer has all of the details of this great offer and will have your office filing claims electronically in no time!

As an Aetna-sponsored provider, we can provide this <u>SPECIAL OFFER</u>:

## $99 Software - <u>FREE!</u>

## Your First Two Months of Service - <u>FREE!</u>

### (An incredible savings of over $198.00!)

## Call MD On-Line today @ 888-499-5465 to order our Link software or fax the information below to 973-734-9910

A Representative from MD On-Line will then contact your office to answer any questions you may have and explain all the details of this great offer. You may also visit us on the web at <u>www.mdon-line.com</u>

Office Name: _____

Contact Name: _____

Phone #: _____ Fax #: _____ State: _____

Best time to call: _____

Practice Management System: _____



*Start processing claims electronically with MD On-Line and start Saving today.*

HealthNet and MD On-Line are working collaboratively to bring you an **All-Payer** electronic claims solution. MD On-Line offers a suite of electronic tools and services to help you file claims to over 1,300 payers nationwide. Most importantly, electronic claims mean:

- **Greater accuracy of submissions**
- **Fewer manual follow-ups**
- **Instant reports on claims transmitted**
- **Quicker reimbursement**

## Select a service that meets *your* specific needs

### *If you currently use a practice management system, but do not file claims electronically:*

Our WinLink and WebLink products work in conjunction with your practice management software and can be ready to use in minutes. Submission of claims is handled via a modem line with our WinLink software, or via the Internet with our WebLink application.

***Cost:*** $49.99 per month for unlimited filing of Participating claims – call today and your first 2 months of service and one time setup fee of $99.00 are **Free** (additional fees may apply for non-participating claims).

### *If you do not use a practice management system, but have a computer in your office that has Internet access:*

Our LINK1500 product allows you to simply submit claims on the Internet by filling out an on-line version of the HCFA-1500 form. The process is fast and easy and the system tracks all your submissions. LINK1500 includes valid coding selections, field edits and a secure patient database.

***Cost:*** $69.99 per month for unlimited filing of Participating claims – call today and your first 2 months of service and one time setup fee of $99.00 are **Free** (additional fees may apply for non-participating claims).

### *If you do not have a computer in your office, or if yours is outdated:*

We have arranged a special financing offer with Dell Financial Services that will allow you to purchase or lease a Dell computer, one of the most trusted and reliable names in the business. Our LINK1500 product will then allow you to submit claims on the Internet by filling out an on-line version of the HCFA-1500 form.

**To place an order or for additional information call**

## 888-499-5465

**or visit us at**
**www.healthnetmdol.com**





HealthNet



 

# SUBMIT YOUR MEDICAL CLAIMS ELECTRONICALLY TO HEALTH NET AND OVER 1,500 OTHER PAYERS!

Health Net has partnered with MD On-Line, a leader in electronic claims processing, to provide your office with an <u>All-Payer</u> claims solution via the Health Net website.

This notice explains how you can submit your claims to Health Net and over 1,500 other participating payers nationwide, for a low monthly fee starting at just $49.99!

MD On-Line's suite of products and services can assist your office in submitting electronic claims, whatever your technology level may be today. The attached flyer has all of the details of this great offer and will have your office filing claims electronically fast!

*Your office was selected for this notice because Health Net records indicate that you submit a high volume of paper claims. As you know, paper transactions are the most costly to submit and process. In fact, industry estimates indicate that the average provider office submitting 300 claims per month can save $1.95 per claim, $585 per month, by switching to electronic claims submission.*

As a Health Net sponsored Provider, you can receive this **<u>SPECIAL OFFER</u>**:

$99 Startup Fee – **<u>FREE!</u>**

Two Months Service[*] - **<u>FREE!</u>**

**(A $avings of over $198.00!)**

Visit Health Net's website at <u>www.healthnet.com</u> now to obtain information on how to participate in this valuable offer and register for MD On-Line's Link solution or just call MD On-Line today @ 888-499-5465 for assistance and more information. **To speed the process even more, simply fax this completed form to <u>973-734-9910</u>**

*(Upon receipt, MD On-Line will contact you to explain all the details of this great offer)*

**Practice Name:** _____

**Contact Name:** _____ **Phone:** _____

Health Net is not a licensee or a licensor of software and neither guarantees the performance of such nor shall be liable for any damages related to use of software. For help regarding installation or operation of software, contact MD On-Line. [*] Monthly Minimum fee of $49.99 for 2 months.



# SUBMIT YOUR MEDICAL CLAIMS ELECTRONICALLY VIA THE PAHCOM WEBSITE, USING MD ON-LINE, A LEADER IN THE ELECTRONIC CLAIMS INDUSTRY!

In partnership since 2000, PAHCOM and MD On-Line
can provide your office with an electronic solution to claims submission.

MD On-Line is now offering PAHCOM members the ability to electronically submit
unlimited participating payer claims, for as low as <u>$49.99</u> a month!*

Respond to this mailing or register via the PAHCOM website
and the regular startup fee will be waived (a $99 value).
In addition, you will receive your first 30 days of service - **FREE**!!

MD On-Line will also subsidize your next year's PAHCOM dues.
This amounts to an incredible **savings of over $300.00!**

<u>Important Reminder!</u>  MD On-Line will contribute 2¢ to the PAHCOM
National Scholarship Fund for every claim you submit through them!

Please visit www.pahcom.com and click on



You may either call MD On-Line at 888-499-5465 to speak to a Sales Representative
or fax this completed form to <u>973-734-9910</u> for a speedy response.

Office Name: _____

Contact Name: _____

Practice Management System: _____

Best time to call: _____

Phone #: _____ Fax #: _____

* Terms and conditions apply.  Contact your MD On-Line Sales representative for full program details.  Pricing dependant upon product.

 

# SUBMIT YOUR MEDICAL CLAIMS ELECTRONICALLY VIA THE ACA WEBSITE, USING MD ON-LINE, A LEADER IN THE ELECTRONIC CLAIMS INDUSTRY!

The American Chiropractic Association and MD On-Line have partnered to provide your office with an electronic solution to claims submission.

MD On-Line is now offering ACA members the ability to electronically submit unlimited participating payer claims for as low as <u>$45.99</u> a month!

Respond to this letter or register via the ACA website and the regular startup fee will be waived (a $99 value). In addition, you will receive your first 60 days of service - **FREE**!!

This amounts to an incredible <u>**savings of over $190.00!**</u>

To register online, please visit www.acatoday.com and click on



Call MD On-Line at 888-499-5465 to speak to a Sales Representative or fax this completed form to <u>973-734-9910</u> for a speedy response.

Office Name: _____

Contact Name: _____

Practice Management System: _____

Best time to call: _____

Phone #: _____ Fax #: _____

# Hurry!  This is a limited time offer.



# SUBMIT YOUR MEDICAL CLAIMS ELECTRONICALLY TO OXFORD HEALTH PLAN AND TO OVER 1,500 ADDITIONAL PAYERS!

**MD On-Line is offering an <u>All-Payer</u> electronic claims solution for your office. When you join this program, you will be provided with a solution to submit unlimited Participating electronic claims to Oxford as well as 1,500 other Payers, for a low monthly fee of just $49.99.**

**MD On-Line will provide your office with unlimited participating electronic claims submissions for a low monthly fee starting at just $49.99, <u>*and*</u> those offices that respond to this letter by <u>May 31, 2005</u> will receive their <u>first two months FREE!!*</u>**

As an Aetna-sponsored provider, we can provide this **<u>SPECIAL OFFER</u>**:

**$99 Software - <u>FREE!</u>**

**Your First Two Months of Service - <u>FREE!</u>**

**(An incredible savings of over $195.00!)**

Call MD On-Line today @ 888-499-5465 to order our Link software
or fax the information below to 973-734-9910

A Representative from MD On-Line will then contact your office to answer any questions you may have
and explain all the details of this great offer.  You may also visit us on the web at www.mdon-line.com

Office Name: _____

Contact Name: _____

Phone #: _____ Fax #: _____ State: _____

Best time to call: _____

Practice Management System: _____

 

# Submit Health Care Claims Electronically to Blue Cross and Blue Shield of Louisiana and over 1,500 Additional Payers using MD On-Line!

Blue Cross and Blue Shield of Louisiana and MD On-Line, a leader in the electronic claims industry, have teamed up to provide your office with the latest technological solutions for electronic claims transactions.

MD On-Line will provide your office with unlimited participating electronic claims submissions for a low monthly fee starting at just $49.99, *and* those offices that respond to this letter by **May 31, 2005** will receive their first two months FREE!!*

MD On-Line's "LINK" solutions will assist your office in submitting electronic transactions to over 1,300 Payers nationwide that include
***Blue Cross and Blue Shield of Louisiana, Ochsner Health Plan,***
***United Healthcare, Cigna, Aetna and Prudential***
and thousands more.

**Please call MD On-Line at 888-499-5465 to order your Link solution
or fax the information below to 973-734-9910.**

**An MD On-Line representative will call your office to explain the details of
this valuable offer.**

*For additional information visit www.mdon-line.com*

Office Name: _____

Contact Name: _____

Phone #: _____   Fax #: _____

* *Monthly minimum fee for unlimited participating claim submissions will be waived for the first 2 months.*

 

# SUBMIT YOUR MEDICAL CLAIMS ELECTRONICALLY TO MHN AND OVER 1,500 OTHER PAYERS!

MHN has partnered with MD On-Line, a leader in electronic claims processing, to provide your office with an <u>All-Payer</u> claims solution via the MHN website.

This notice explains how you can submit your claims to MHN and over 1,300 other participating payers nationwide, for a low monthly fee starting at just $49.99!

MD On-Line's suite of products and services can assist your office in submitting electronic claims, whatever your technology level may be today.

As a MHN sponsored Practitioner, you can receive this **SPECIAL OFFER**:

$99 Startup Fee – **FREE!**
Two Months Service* - **FREE!**
**(A $avings of over $198.00!)**

Visit MHN's website at **www.MHN.com** now to obtain information on how to participate in this valuable offer and register for MD On-Line's Link solution or just call MD On-Line today @ 888-499-5465 for assistance and more information. **To speed the process even more, simply fax this completed form to 973-734-9910**
*(Upon receipt, MD On-Line will contact you to explain all the details of this great offer)*

**Practice Name:** _____

**Contact Name:** _____ **Phone:** _____

MHN is not a licensee or a licensor of software and neither guarantees the performance of such nor shall be liable for any damages related to use of software. For help regarding installation or operation of software, contact MD On-Line.* Monthly Minimum fee of $49.99 for 2 months.

# Exhibit C

| Clients | Data | System | Misc. | Incoming Outgoing |
|---|---|---|---|---|

### Show Sign-Up To Made Live -- All

Date From: **7/1/2005**     Date To: **8/31/2005**     Create Sign Up Report Pending

Create Sign Up Report

Create Made Live Report

## Report-Made Live

Show All  Show Pending  Show Live

| Terminal-Status | DOCAPP | Product | Sign-Up | First Test Packet | Difference | Last Test Packet | Made Live | Difference |
|---|---|---|---|---|---|---|---|---|
| IMKVQCGQPDMENDLG-X | View | WEB | Thu 6/30/2005 | Fri 7/1/2005 | 1 | Fri 7/1/2005 | Fri 7/1/2005 | 0 |
| QHPKJJTZVTSCRRTV-X | View | WEB | Tue 7/5/2005 | Tue 7/5/2005 | 0 | Tue 7/5/2005 | Tue 7/5/2005 | 0 |
| LTSSPBPNWNXDURSY-X | View | Link | Wed 7/6/2005 | -- | -- | -- | Wed 7/6/2005 | 0 |
| NBBOHHCTEQIHDMWS-X | View | WEB | Thu 5/26/2005 | Fri 5/27/2005 | 1 | Wed 7/6/2005 | Thu 7/7/2005 | 1 |
| OCDYIVRJHQCOQSRW-X | View | WINLINK | Thu 7/7/2005 | Thu 7/7/2005 | 0 | Thu 7/7/2005 | Thu 7/7/2005 | 0 |
| CGYUBWSTPGXJEFDU-X | View | WEB | Fri 7/1/2005 | Thu 7/7/2005 | 6 | Thu 7/7/2005 | Thu 7/7/2005 | 0 |
| EPWZSBQJNCKUGDWZ-X | View | WEB | Thu 7/7/2005 | Thu 7/7/2005 | 0 | Thu 7/7/2005 | Thu 7/7/2005 | 0 |
| KOCZLSBEZWRHXNNO-X | View | WEB | Fri 7/8/2005 | Fri 7/8/2005 | 0 | Fri 7/8/2005 | Fri 7/8/2005 | 0 |
| XGJDATVJCTJDLRYS-X | View | Link | Mon 7/11/2005 | -- | -- | -- | Mon 7/11/2005 | 0 |
| CMGNVPJEARFSRHFL-X | View | WEB | Fri 7/8/2005 | Fri 7/8/2005 | 0 | Fri 7/8/2005 | Mon 7/11/2005 | 3 |
| FIBGIDVRXVOHDKKG-X | View | WEB | Mon 7/11/2005 | Mon 7/11/2005 | 0 | Mon 7/11/2005 | Mon 7/11/2005 | 0 |
| BEKJYGLBMBBTBPMI-X | View | WINLINK | Tue 7/12/2005 | Tue 7/12/2005 | 0 | Tue 7/12/2005 | Tue 7/12/2005 | 0 |
| ZNFPXMGXOTBAZLFV-X | View | WEB | Wed 7/13/2005 | Wed 7/13/2005 | 0 | Wed 7/13/2005 | Wed 7/13/2005 | 0 |
| BWIRFYUQSMNQGNLY-X | View | WEB | Wed 7/13/2005 | Wed 7/13/2005 | 0 | Wed 7/13/2005 | Wed 7/13/2005 | 0 |
| QJJCGUOQVSTZBMHD-X | View | WEB | Mon 7/11/2005 | Mon 7/11/2005 | 0 | Mon 7/11/2005 | Wed 7/13/2005 | 2 |
| UBUIJBSCUBIQVXCS-X | View | WEB | Thu 6/30/2005 | Thu 6/30/2005 | 0 | Tue 7/12/2005 | Wed 7/13/2005 | 1 |
| XZCJKNOQLWLVYQPW-X | View | WEB | Wed 7/13/2005 | Wed 7/13/2005 | 0 | Wed 7/13/2005 | Wed 7/13/2005 | 0 |
| IZFMNATEWYIQXOOA-X | View | WEB | Thu 7/14/2005 | Thu 7/14/2005 | 0 | Thu 7/14/2005 | Thu 7/14/2005 | 0 |
| SUWBZTZIWJRTJVPF-X | View | Link | Thu 7/14/2005 | -- | -- | -- | Thu 7/14/2005 | 0 |
| RKJMYFRWGGXKDJRF-X | View | WEB | Thu 7/7/2005 | Wed 7/13/2005 | 6 | Fri 7/15/2005 | Fri 7/15/2005 | 0 |

| Name | | Type | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BFDQVGXVWHCDPWGF-X | View | WINLINK\WEB | Wed 3/14/2001 | Fri 7/15/2005 | 1584 | Fri 7/15/2005 | Fri 7/15/2005 | 0 |
| EOEKDSWCZPAKDLCT-X | View | WEB | Mon 7/18/2005 | Mon 7/18/2005 | 0 | Mon 7/18/2005 | Mon 7/18/2005 | 0 |
| RIIVJNCOKCLNTOWA-X | View | WEB | Mon 7/18/2005 | Mon 7/18/2005 | 0 | Mon 7/18/2005 | Mon 7/18/2005 | 0 |
| YHWZTYBECKLRODUF-X | View | WEB | Thu 7/14/2005 | Mon 7/18/2005 | 4 | Mon 7/18/2005 | Mon 7/18/2005 | 0 |
| ETBHVPMQMTOWNQFE-X | View | WEB | Thu 7/10/2003 | Thu 7/10/2003 | 0 | Thu 7/10/2003 | Tue 7/19/2005 | 740 |
| EQVTFZLDNCLMAIVJ-X | View | WEB | Wed 7/13/2005 | Wed 7/13/2005 | 0 | Wed 7/13/2005 | Tue 7/19/2005 | 6 |
| HDQQUAKIURLGHSFR-X | View | Link | Tue 7/19/2005 | -- | -- | -- | Tue 7/19/2005 | 0 |
| LDMQFJJFWHYTSMMD-X | View | WEB | Tue 7/19/2005 | Tue 7/19/2005 | 0 | Tue 7/19/2005 | Tue 7/19/2005 | 0 |
| ZHPHCXYBRRMDOGGK-X | View | WEB | Wed 7/20/2005 | Wed 7/20/2005 | 0 | Wed 7/20/2005 | Wed 7/20/2005 | 0 |
| OXUQFGENTGFLEMJT-X | View | WEB | Wed 7/20/2005 | Wed 7/20/2005 | 0 | Wed 7/20/2005 | Wed 7/20/2005 | 0 |
| OLQYXEJHQFTQGHWM-X | View | WEB | Thu 6/30/2005 | Wed 7/20/2005 | 20 | Wed 7/20/2005 | Wed 7/20/2005 | 0 |
| CTPEVPEESMMBCNYG-X | View | Link | Thu 7/21/2005 | -- | -- | -- | Thu 7/21/2005 | 0 |
| QNDBQVOUQNQQJVOP-X | View | WEB | Thu 7/21/2005 | Thu 7/21/2005 | 0 | Thu 7/21/2005 | Thu 7/21/2005 | 0 |
| QHUGMBXAJAAQUGFW-X | View | WEB | Fri 7/22/2005 | Fri 7/22/2005 | 0 | Fri 7/22/2005 | Fri 7/22/2005 | 0 |
| MITBFKAHSRFQWSXL-X | View | WEB | Fri 7/22/2005 | Fri 7/22/2005 | 0 | Fri 7/22/2005 | Fri 7/22/2005 | 0 |
| UWXLRECOHXVEKSYG-X | View | WEB | Mon 7/25/2005 | Mon 7/25/2005 | 0 | Mon 7/25/2005 | Mon 7/25/2005 | 0 |
| RORPPCMECJSNHECE-X | View | WEB | Thu 7/21/2005 | Mon 7/25/2005 | 4 | Mon 7/25/2005 | Mon 7/25/2005 | 0 |
| XEWVMUJHHCQOUAQJ-X | View | Link | Mon 7/25/2005 | -- | -- | -- | Mon 7/25/2005 | 0 |
| IZGBOHOZRKZJNCOE-X | View | WEB | Fri 11/5/2004 | Fri 11/5/2004 | 0 | Fri 11/5/2004 | Tue 7/26/2005 | 263 |
| GGMPNRQCFHVPALFC-X | View | WEB | Wed 7/13/2005 | Tue 7/26/2005 | 13 | Tue 7/26/2005 | Tue 7/26/2005 | 0 |
| JUDPHXGCSGRVUSRW-X | View | WEB | Tue 7/26/2005 | Tue 7/26/2005 | 0 | Tue 7/26/2005 | Tue 7/26/2005 | 0 |
| FQJRVBLMOQVIIVBL-X | View | WEB | Wed 7/27/2005 | Wed 2/27/2005 | 0 | Wed 7/27/2005 | Thu 7/28/2005 | 1 |
| UOWLYNOOBGVBBZRN-X | View | WEB | Thu 7/28/2005 | Thu 7/28/2005 | 0 | Thu 7/28/2005 | Thu 7/28/2005 | 0 |
| OIDWVHDLVOZJWLPT-X | View | Link | Wed 7/27/2005 | -- | -- | -- | Thu 7/28/2005 | 1 |
| QEJWUTTMVCPSDJIA-X | View | WEB | Thu 7/28/2005 | Thu 7/28/2005 | 0 | Thu 7/28/2005 | Fri 7/29/2005 | 1 |
| HCXCKUBKKHKEDIWJ-X | View | WEB | Mon 8/1/2005 | Mon 8/1/2005 | 0 | Mon 8/1/2005 | Mon 8/1/2005 | 0 |
| CLRPSOLCESUSHPTL-X | View | WEB | Tue 7/26/2005 | Mon 8/1/2005 | 6 | Mon 8/1/2005 | Mon 8/1/2005 | 0 |
| JZTTYVGXECXUHWGE-X | View | WINLINK | Mon 7/14/2003 | Mon 7/14/2003 | 0 | Mon 8/1/2005 | Tue 8/2/2005 | 1 |
| CIFKZTASZESLVYYH-X | View | WEB | Thu 7/28/2005 | Mon 8/1/2005 | 4 | Mon 8/1/2005 | Tue 8/2/2005 | 1 |
| | | | Wed | Wed | | | | |

| Name | | Type | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NHZTMBDOFHPSHTCL-X | View | WINLINK\WEB | 3/5/2003 | 3/5/2003 | 0 | Tue 8/2/2005 | Tue 8/2/2005 | 0 |
| MVAAZHTRYYRPEKUS-X | View | Link | Tue 8/2/2005 | -- | -- | -- | Tue 8/2/2005 | 0 |
| VCIZQPXYQEBFWSZY-X | View | WEB | Wed 8/3/2005 | Wed 8/3/2005 | 0 | Wed 8/3/2005 | Wed 8/3/2005 | 0 |
| IOBOLUFYKDWVIXGW-X | View | WINLINK | Wed 8/3/2005 | Wed 8/3/2005 | 0 | Wed 8/3/2005 | Wed 8/3/2005 | 0 |
| RONJJRYCHUFOJMWY-X | View | Link | Thu 8/4/2005 | -- | -- | -- | Thu 8/4/2005 | 0 |
| ZOXEBKMGTVCCESAY-X | View | WEB | Thu 8/4/2005 | Thu 8/4/2005 | 0 | Thu 8/4/2005 | Fri 8/5/2005 | 1 |
| QQLDLGUVHFTTNTSJ-X | View | WEB | Thu 8/4/2005 | Thu 8/4/2005 | 0 | Thu 8/4/2005 | Fri 8/5/2005 | 1 |
| SYFUPQCMWZYLSODJ-X | View | WEB | Fri 8/5/2005 | Fri 8/5/2005 | 0 | Fri 8/5/2005 | Fri 8/5/2005 | 0 |
| IRCVFHRDOZRDUUCQ-X | View | WEB | Tue 8/2/2005 | Fri 8/5/2005 | 3 | Fri 8/5/2005 | Fri 8/5/2005 | 0 |
| LKRYJMGTQVXIRSMV-X | View | Link | Fri 8/5/2005 | -- | -- | -- | Fri 8/5/2005 | 0 |
| GUDMBJPXTSJIMVQA-X | View | Link | Tue 8/9/2005 | -- | -- | -- | Tue 8/9/2005 | 0 |
| YETOAZMDFWQLJOEJ-X | View | WEB | Tue 8/9/2005 | Tue 8/9/2005 | 0 | Tue 8/9/2005 | Tue 8/9/2005 | 0 |
| HOHTCWIENWVEHNEJ-X | View | WEB | Tue 8/9/2005 | Tue 8/9/2005 | 0 | Tue 8/9/2005 | Tue 8/9/2005 | 0 |
| HVQJFQVBPLUNSUTP-X | View | WEB | Tue 8/9/2005 | Tue 8/9/2005 | 0 | Tue 8/9/2005 | Tue 8/9/2005 | 0 |
| ENIVIXCBIDAVTWEO-X | View | WEB | Tue 8/9/2005 | Tue 8/9/2005 | 0 | Tue 8/9/2005 | Wed 8/10/2005 | 1 |
| KRMSTLCKHBUVULYO-X | View | WEB | Wed 8/10/2005 | Wed 8/10/2005 | 0 | Wed 8/10/2005 | Wed 8/10/2005 | 0 |
| CVQVDIYKMDSWCBAG-X | View | WINLINK\WEB | Wed 4/4/2001 | -- | -- | -- | Wed 8/10/2005 | 1589 |
| VOJHEONOHSXGGZQN-X | View | Link | Wed 8/10/2005 | -- | -- | -- | Wed 8/10/2005 | 0 |
| GETGVAXCRKCVCXQF-X | View | WEB | Tue 8/9/2005 | Tue 8/9/2005 | 0 | Tue 8/9/2005 | Wed 8/10/2005 | 1 |
| DHDEZTWTDTSZMZPU-X | View | WEB | Thu 8/11/2005 | Thu 8/11/2005 | 0 | Thu 8/11/2005 | Thu 8/11/2005 | 0 |
| MBHFNGENTIZEBXDL-X | View | Link | Thu 8/11/2005 | -- | -- | -- | Thu 8/11/2005 | 0 |
| OUHVUCUCWKHQNDMA-X | View | WEB | Wed 5/18/2005 | Thu 8/11/2005 | 85 | Thu 8/11/2005 | Thu 8/11/2005 | 0 |
| MMYKEKKVWUATEEMW-X | View | WEB | Thu 7/21/2005 | Thu 8/11/2005 | 21 | Thu 8/11/2005 | Fri 8/12/2005 | 1 |
| IQIYSHHNSMIYECTX-X | View | Link | Fri 8/12/2005 | -- | -- | -- | Fri 8/12/2005 | 0 |
| WCWPYDDVMHUTWNXF-X | View | WEB | Tue 11/13/2001 | -- | -- | -- | Mon 8/15/2005 | 1371 |
| UCQALKBTMAJWIXNF-X | View | WEB | Wed 8/3/2005 | Wed 8/3/2005 | 0 | Fri 8/12/2005 | Tue 8/16/2005 | 4 |
| BITFFBWWLEQQIYGO-X | View | WEB | Tue 8/16/2005 | Tue 8/16/2005 | 0 | Tue 8/16/2005 | Tue 8/16/2005 | 0 |
| KWENIJCXLUZDXVRV-X | View | WEB | Mon 8/8/2005 | Wed 8/10/2005 | 2 | Tue 8/16/2005 | Tue 8/16/2005 | 0 |
| BQUXSYJFWFQLLZCW-X | View | WEB | Tue 8/16/2005 | Tue 8/16/2005 | 0 | Tue 8/16/2005 | Tue 8/16/2005 | 0 |
| FDLSCGAMKOQBKMGP-X | View | WEB | Wed 8/17/2005 | Tue 8/16/2005 | -1 | Tue 8/16/2005 | Wed 8/17/2005 | 1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| KOENRNGTQXRBNDHN-X View | WEB | Wed 8/17/2005 | Tue 8/16/2005 | -1 | Tue 8/16/2005 | Wed 8/17/2005 | 1 |
| KXEJOOZYYGMRFIAM-X View | Link | Wed 8/17/2005 | -- | -- | -- | Wed 8/17/2005 | 0 |
| WKUEDYPUKUDDRLZL-X View | Link | Wed 8/17/2005 | -- | -- | -- | Wed 8/17/2005 | 0 |
| LCKHXBXUPQHQHBUX-X View | WEB | Thu 8/18/2005 | Thu 8/18/2005 | 0 | Thu 8/18/2005 | Thu 8/18/2005 | 0 |

**A List (Signed-Up): 81**
**B List (Made Live): 83**
**Total on Page: 83**

# Exhibit D

## Kentner, Curt

| | |
|---|---|
| **From:** | Dannenbaum, Nick |
| **Sent:** | Monday, August 15, 2005 5:05 PM |
| **To:** | Kentner, Curt |
| **Subject:** | FW: Live AZ Site |
| **Importance:** | High |

Interesting supportive email from Steve Brescia .

Our IL pilot program kicked off in early 2004.

-----Original Message-----
**From:** Brescia, Steve [mailto:sbrescia@webmd.net]
**Sent:** Monday, January 26, 2004 4:26 PM
**To:** Nick Dannenbaum (E-mail)
**Cc:** Giessuebel, Steve; Bill Bartzak (E-mail)
**Subject:** RE: Live AZ Site
**Importance:** High

ALL,

Nice Goin! THANKS!

Nick,

This is the one that was the "Issue w/Lori" from last week:

See below from John:

Steve,

I had a conversation with Terri Jamerson at Founders Healthcare LLC dba Preferred Home Care today. I contacted her because this site is on our Aetna Competitive target list that has WebMD bonus potential value of $8000 from Aetna. **Terri told me that in December she had submitted enrollment papers to WebMD for Office, but she did not have a sales person to work with and had not been contacted by any implementation staff at WebMD.**

I told her she had a choice. She could wait or she could work with MDOL and be submitting claims by the end of the day. I explained the relationship that we have with MDOL as a business partner that provides excellent customer service and enhanced implementation of the claims batching service. I also told her that regardless of which system she chose, the claims all end up at the same clearinghouse. She said that the information that I gave to her was clear and that she understood the choices.

Today the MDOL team has already contacted the site's vendor and has received permission from them to get a test file.

Hope this clarifies the situation.

John

Steve Brescia  (201)-398-2626
Director, Strategic Programs
**Web**MD / Envoy®
sbrescia@webmd.net

-----Original Message-----
**From:** Dannenbaum, Nick [mailto:NDannenbaum@mdon-line.com]
**Sent:** Monday, January 26, 2004 3:07 PM
**To:** John Kost
**Cc:** Steve Brescia; Giessuebel, Steve
**Subject:** Live AZ Site

John-

The following office has gone Live with MDOL this afternoon.  I do not have
any record of this lead being sent over to MDOL from WebMD, and Steve G.
informs me that you gave him the lead verbally.  Please indicate from where
this lead originated..

PREFERRED HOMECARE
2546 W. BIRCHWOOD AVE
MESA, AZ 85202
480-446-9010
Tax ID- 860898663

Thanks!

Nick

# Exhibit E

**Kentner, Curt**

| | |
|---|---|
| **From:** | Hill, Richelle [RHill@emdeon.com] |
| **Sent:** | Friday, August 05, 2005 5:25 PM |
| **To:** | Kentner, Curt; rhill@webmd.net |
| **Cc:** | Bartzak Bill; jdc@cdm-law.com; Geiger, Marianne |
| **Subject:** | RE: FW: Conference call with MDOnline - sharing great news |

Curt-

Thanks for your follow-up email below.  Marianne and I have both communicated your concerns to upper management.  We will be in touch!
Thanks again and have a great weekend!

Richelle Hill
Corporate Account Manager
Emdeon Corporation
Office 615-886-9354
Cell 615-472-1732


-----Original Message-----
From: Kentner, Curt [mailto:Curt@mdon-line.com]
Sent: Friday, August 05, 2005 3:18 PM
To: rhill@webmd.net
Cc: Bartzak Bill; Kentner, Curt; jdc@cdm-law.com
Subject: FW: FW: Conference call with MDOnline - sharing great news
Importance: High

Richelle,

This is to confirm the content and action items of the conference call just held with regards to WebMD's intended corporate name change to Emdeon.
Attending the call, from MD On-Line, were Michele Lapinski, Jonathan Clemente and myself. I understand that Marianne Geiger joined you to represent WebMD in the discussion.  Your presentation began by describing the new corporate name, beginning with its spelling, and an explanation of its origination, apparently a composite of past names including Envoy, WebMD, and Healtheon.

During this call, we communicated our serious concerns regarding the phonetic similarity between our company names and the confusion that it would cause.  MD On-Line already experiences a regular level of customer confusion just by the fact that WebMD and MD On-Line have somewhat similar names, while offering similar services in the same marketplace.

It is our opinion that WebMD will create additional confusion by the use of a name that is phonetically indistinguishable from the first half of MD On-Line's trademarked name, thereby infringing upon the rights conferred by that trademark.

You assured us that, by the end of today, you would bring all of our concerns to the attention of your upper management including Ryan Smith, Matt Donaldson, Chris Meffe, Sajid Khan and Tony Holcombe.

Thanks you for your attention to this extremely important matter.

Sincerely,

Curtis Kentner
Chief Operating Officer

MD On-Line, Inc.
4 Campus Drive
Parsippany, NJ  07054
Phone: (888) 499-5465

1

Fax: (973) 734-9910
www.mdon-line.com <http://www.mdon-line.com/>

Email Confidentiality Notice: The information contained in this transmission is
confidential, proprietary or privileged and may be subject to protection under the law,
including the Health Insurance Portability and Accountability Act (HIPAA). The message is
intended for the sole use of the individual or entity to whom it is addressed. If you are
not the intended recipient, you are notified that any use, distribution or copying of the
message is strictly prohibited and may subject you to criminal or civil penalties. If you
received this transmission in error, please contact the sender immediately by replying to
this email and delete the material from any computer.

From: Hill, Richelle [mailto:rhill@webmd.net]
Sent: Wednesday, August 03, 2005 4:33 PM
To: Bartzak Bill; Kentner, Curt; Gress, Joe; Holder, John; Lapinski, Michele; Dannenbaum,
Nick; Dickinson, Stephanie; Geiger, Marianne
Subject: Conference call with MDOnline - sharing great news

When: Friday, August 05, 2005 1:00 PM-1:30 PM (GMT-06:00) Central Time (US & Canada).
Where: 866-711-8965 participant code 845632

*~*~*~*~*~*~*~*~*~*
There is some exciting and important news that I need to share with each of you.  Thanks
in advance for your time, talk to you soon.